UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ANDY TIMMONS, INC. d/b/a LOST DRAW VINEYARDS, ALEGRIA DE LA VIDA VINEYARDS, LLC, ALTA LOMA VINEYARD PARTNERSHIP, BENJAMIN FRIESEN, BINGHAM FAMILY VINEYARDS, LLC, ROWDY BOLEN and TAMEISHA BOLEN, BUENO SUERTE VINEYARDS, LLC, CASTAÑO PRADO VINEYARD, LLC, MIKE WEST d/b/a CHALLIS VINEYARDS, CHASE LANE and KENDRA LANE d/b/a CHASE LANE VINEYARD, GARY STEVEN BROWN and PAMELA JOYCE BROWN d/b/a COOPER VINEYARD, RUSSELL SMOTHERMON and SHARLANN SMOTHERMON d/b/a CORKSCREW VINEYARD, CORNELIOUS CORPORATION, COX FAMILY WINEGROWERS, LLC d/b/a COX FAMILY VINEYARDS, LT INVESTMENT GROUP, LLC d/b/a CRAZY CLUSTER VINEYARD, MARY MCKEE d/b/a CURVO FILA VINEYARD, DANIELS FARMLAND TRUST, TY WILMETH d/b/a DIAMANTE DOBLE DOS VINEYARDS, JETER and GAY WILMETH d/b/a DIAMANTE DOBLE VINEYARD, LARRY SMITH and SUE SMITH d/b/a DOG GONE VINEYARD, DONNA BURGESS ENTERPRISES, LLC d/b/a MY COVENANT, DWAYNE CANADA, BRENDA CANADA, and DANIEL CANADA d/b/a CANADA FAMILY VINEYARD, SAWYER FARM PARTNERSHIP d/b/a THE FAMILY VINEYARD, LONNIE GRAHAM and PENNY GRAHAM d/b/a FIVE STAR VINEYARD, DUSTIN GILLIAM and GLENDA GILLIAM d/b/a GILLIAM GAP VINEYARDS, GILLMORE BROTHERS, LP d/b/a GILLMORE BROTHERS VINEYARD, ANDIS APPLEWHITE d/b/a HALF CIRCLE CROSS VINEYARD, LA PRADERA VINEYARDS, LLC, LAHEY FARMS, LLC, LILLI OF THE VINE VINEYARDS, INC., AA MARTIN PARTNERS, LTD., PEGGY SEELEY and GEORGE SEELEY d/b/a MOONLIGHT VINEYARDS, NARRA VINEYARDS, LLC, HILLTOP WINERY AT PAKA VINEYARDS, LLC, | Case No. 1:21-CV-00338<br><br>[PROPOSED] ORDER ON MOTION TO SEVER |

1

| | |
|---|---|
| PEGGY BINGHAM d/b/a PEGGY BINGHAM FARMS, TONY PHILLIPS and MADONNA PHILLIPS d/b/a PHILLIPS VINEYARD, REDDY VINEYARDS, INC., ROWLAND TAYLOR VINEYARDS, LLC, CLARA ANN MCPHERSON d/b/a SAGMOR VINEYARDS, CHARLES and CHERYL SEIFERT d/b/a SEIFERT STABLES & VINEYARDS, SIX HARTS VINEYARD, LLC, THE TOM AND JANICE HENSLEE LIVING TRUST, DOUG THOMAS and ANISSA THOMAS d/b/a THOMAS ACRES, TONY and BERTHA HENDRICKS d/b/a HENDRICKS FAMILY VINEYARD, CAROLYN KEANE, ANNA WINNELL YOUNG and MARJORIE JONES PARTNERSHIP d/b/a TCUKER FARMS, TWIN-T VINEYARDS, INC., JOE RIDDLE d/b/a UVA MORADO VINEYARD, RONALD LUKER and MARGARET LUKER d/b/a WHITE ROCK VINEYARDS, WILLIAMS RANCH VINEYARD, LLC, LARRY YOUNG d/b/a YOUNG FAMILY VINEYARDS, CAPROCK DISTRIBUTORS, LLC, STEVE NEWSOM, CINDY NEWSOM and GABE HISEL, NEWSOM FAMILY FARMS, LLC, LEDLIE POWELL, INDIVIDUALLY AND AS TRUSTEE OF THE LEDLIE S. AND DANETTE POWELL REVOCABLE TRUST d/b/a NEWSOM POWELL VINEYARD, DON HILL d/b/a DON HILL FARMS, TEXAS CUSTOM WINE WORKS, LLC, TEXAS WINERY OWNERS GROUP, LLC, KIM MCPHERSON d/b/a MCPHERSON CELLARS, INC., LYNCE CHARLES CARROLL, TEXAS WINE COMPANY, INC., and AKG REALTY, INC., *Plaintiffs*, v. BAYER CROP SCIENCE, LP, MONSANTO COMPANY, and BASF CORPORATION, *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

The Court, having reviewed BASF Corporation's Motion to Sever, and being fully advised as to the premises, determines that the claims of Plaintiff Hilltop Winery at Paka Vineyards, LLC should be severed and remanded to the District Court in Jefferson County,

Texas.

WHEREFORE, IT IS ORDERED that the claims of Plaintiff Hilltop Winery at Paka Vineyards, LLC should be severed and remanded to the District Court in Jefferson County, Texas.