# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

IN RE: DICAMBA HERBICIDES  )   Main Case 1:18-md-2820-SNLJ
LITIGATION  )   Indiv. Case 1:21-cv-00104-SNLJ

## PLAINTIFFS' MOTION TO REMAND TO JEFFERSON COUNTY, TEXAS

Plaintiffs in *Andy Timmons, Inc. d/b/a Lost Draw Vineyards, et al. v. Bayer Crop Science, LP et al.*, 1:21-cv-00104-SNLJ, pursuant to 28 U.S.C. § 1447(c), move to remand this action to the 60th Judicial District Court of Jefferson County, Texas.

As set forth in Plaintiffs' supporting memorandum, there is no basis for federal jurisdiction: (1) there is no federal question, (2) there is no complete diversity, and (3) the doctrine of fraudulent misjoinder, even if accepted in this Circuit, does not apply. Because Defendants cannot carry their burden, this matter should be remanded back to the state court where it was filed.

Dated:  August 2, 2021         Respectfully submitted,

/s/ *Adam M. Dinnell*
Andrew S. Hicks
TX Bar No. 24032419
Adam M. Dinnell
TX Bar No. 24055405
Marc S. Tabolsky
TX Bar No. 24037576
Katherine D. Jordan
TX Bar No. 00786005
SCHIFFER HICKS JOHNSON PLLC

700 Louisiana Street, Suite 2650
Houston, Texas 77002
Phone: 713-357-5150
Fax: 713-357-5160
ahicks@shjlawfirm.com
adinnell@shjlawfirm.com
mtabolsky@shjlawfirm.com
kjordan@shjlawfirm.com

Ted A. Liggett
TX Bar No. 00795145
Dustin R. Burrows
TX Bar No. 24048375
LIGGETT LAW GROUP PC
1001 Main Street, Suite 300
Lubbock, Texas 79401
Phone: 806-744-4878
ted@liggettlawgroup.com
dustin@liggettlawgroup.com

Andrew R. Seger
TX Bar No. 24046815
KEY TERRELL & SEGER LLP
4825 50th Street, Suite A
Lubbock, Texas 79414
Phone: 806-792-1944
aseger@thesegerfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Adam M. Dinnell*
Adam M. Dinnell