# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802350201 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 15, 2015 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32059072275 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Hilltop Winery at Paka Vineyards, LLC |
| **Address:** | C/O-8 ACADEMY LN |
| | DEMAREST, NJ 07627 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address | | |
|---|---|---|---|---|---|
| October 16, 2018 | PAVAN PAKA | MANAGING MEMBER | 10 WEST END AVE 21A NEW YORK, NY 10023 USA | | |
| October 16, 2018 | CHANDHANA PAKA | MANAGING MEMBER | 10 WEST END AVE 21A NEW YORK, NY 10023 USA | | |
| October 16, 2018 | KUMAR PAKA | MANAGING MEMBER | 8 ACADEMY LANE DEMAREST, NJ 07627 USA | | |
| October 16, 2018 | RENUKA PAKA | MANAGING MEMBER | 8 ACADEMY LANE DEMAREST, NJ 07627 USA | | |

[Order]   [Return to Search]

---

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 1