| | Latitude | Longitude |
|---|---|---|
| Alegria de la Vida Vineyards LLC | 33.837979° | -102.207795° |
| Alta Loma Vineyard Partnership | 33.150867° | -102.258609° |
| Bingham Family Vineyards, LLC | 33.306412° | -102.414088° |
| Rowdy Bolen and Tameisha Bolen | 33.594509° | -102.172323° |
| Bueno Suerte Vineyards, LLC | 33.320791° | -102.475799° |
| Castano Prado Vineyard, LLC | 33.176324° | -102.244234° |
| Mike West dba Challis Vineyards | 33.281552° | -102.220734° |
| Chase Lane & Kendra Lane dba Chase Lane Vineyard | 33.430794° | -102.174410° |
| Gary Steven Brown & Pamela Joyce Brown dba Cooper Vineyard | 33.464879° | -102.092669° |
| Russell Smothermon & Sharlann Smothermon dba Corkscrew Vineyards | 33.176115° | -102.240014° |
| Cornelious Corporation | 33.270154° | -102.788602° |
| Cox Family Winegrowers, LLC dba Cox Family Vineyards | 33.723613° | -101.796265° |
| LT Investment Group, LLC dba Crazy Cluster Vineyard | 33.224605° | -102.342938° |
| Mary McKee dba Curvo Fila Vineyard | 33.419698° | -101.827450° |
| Daniels Farmland Trust | 33.312518° | -102.439212° |
| Ty Wilmeth dba Diamante Doble Dos Vineyards | 33.145352° | -102.586615° |
| Jeter and Gay Wilmeth dba Diamante Doble Vineyard | 33.145055° | -102.578779° |
| Larry Smith & Sue Smith dba Dog Gone Vineyard | 33.446874° | -102.231910° |
| Dwayne Canada, Brenda Canada, Daniel Canada dba Canada Family Vineyard | 33.256203° | -102.940068° |
| Sawyer Farm Partnership dba The Family Vineyard | 33.148703° | -102.256578° |
| Lonnie Graham & Penny Graham dba Five Star Vineyard | 33.180581° | -102.224022° |
| Dustin Gilliam and Glenda Gilliam dba Gilliam Gap Vineyards | 33.440431° | -102.146739° |
| Gillmore Brothers, LP LLP dba Gillmore Brothers Vineyard | 33.602543° | -102.500558° |
| Andis Applewhite dba Half Circle Cross Vineyard | 34.289442° | -101.407035° |
| La Pradera Vineyards, LLC | 33.162806° | -102.256800° |
| Lahey Farms, LLC | 33.116512° | -102.395678° |
| Lilli of the Vine Vineyards, Inc. | 32.613951° | -101.909499° |
| Andy Timmons, Inc. dba Lost Draw Vineyards | 33.548838° | -101.992914° |
| Preston and Kelly Alison (previously Martin's Vineyards) | 33.506983° | -102.149644° |
| Peggy Seeley & George Seeley dba Moonlight Vineyards | 33.199197° | -102.268176° |
| Narra Vineyards, LLC | 33.143764° | -102.291097° |
| Hilltop Winery at Paka Vineyards LLC | 33.182564° | -102.464511° |
| Peggy Bingham dba Peggy Bingham Farms | 33.338081° | -102.344203° |
| Tony Phillips and Madonna Phillips dba Phillips Vineyard | 33.122889° | -102.277105° |
| Reddy Vineyards, Inc. | 33.181325° | -102.235340° |
| Rowland Taylor Vineyards, LLC | 33.133811° | -102.256822° |
| Clara Ann McPherson dba Sagmor Vineyards | 33.514285° | -101.813114° |
| Charles & Cheryl Seifert dba Seifert Stables & Vineyards | 33.750455° | -102.009491° |
| Six Harts Vineyard, LLC | 33.167327° | -102.611471° |
| The Tom & Janice Henslee Living Trust | 33.311090° | -102.412871° |
| Doug Thomas and Anissa Thomas dba Thomas Acres | 33.623901° | -102.171471° |
| Tony and Bertha Hendricks dba Hendricks Family Vineyard | 33.445961° | -102.039765° |
| Carolyn Keane, Anna Winnell Young and Marjorie Jones Partnership dba Tucker Farm | 33.294212° | -102.386470° |
| Twin-T Vineyards, Inc. | 33.161640° | -102.239358° |
| Joe Riddle dba Uva Morado Vineyard | 33.589533° | -102.157542° |
| Ronald Luker & Margaret Luker dba White Rock Vineyards | 33.036715° | -102.188431° |
| Williams Ranch Vineyard, LLC | 33.325892° | -102.707607° |
| Larry Young dba Young Family Vineyards | 33.180886° | -102.228452° |
| Texas Winery Owners Group, LLC | 33.183327° | -102.225826° |
| Benjamin Friesen | 32.740020° | -102.649057° |
| Donna Burgess Enterprises, LLC dba Covenant Vineyard | 33.317427° | -101.904465° |
| Caprock Distributors, LLC | 33.447197° | -101.831871° |
| Steve Newsom, Cindy Newsom, and Gabe Hisel | 33.437492° | -102.302722° |
| Newsom Family Farms, LLC | 33.472428° | -102.477936° |
| Ledlie Powell, Individually and as Trustee of the Ledlie S. and Danette Powell Revocable Trust and Danette Powell, Individually and as Trustee of the Ledlie S. and Danette Powell Revocable Trust dba Newsom Powell Vineyard | 33.597663° | -102.381977° |
| Don Hill dba Don Hill Farms | 33.480157° | -102.506285° |
| Lynce Charles Carroll | 33.267896° | -102.218932° |



**EXHIBIT 2**