BADER FARMS ET AL v. MONSANTO ET AL.
**EXHIBIT
PLTF-1371**

**EXHIBIT 6**

**Jason Roberts**

**Innovation Specialist Report
Missouri Bootheel
July 4, 2016**

**Territory Focus (Next 30 days)**

- PRIAXOR on soybeans & cotton with Plant Health benefits
- Zidua PD applications on cotton & what little OT is left on some wheat beans
- Grow Smart trial applications
- Pentia on initial cotton growth regulator treatments
- Maglis platform with growers

**Crop Progress (Condition/Weather)**

- We need a good general rain across the Bootheel in the worst way! North part of territory got some rain that came through today, but on the South end still dry. We have missed some great rain chances this past week in a lot of spots. Growers starting to get in foul moods over this.
- Despite being hot & dry corn looks pretty good across area. Cotton finally started the big jump and a few blooms started popping up last week. Should start seeing lot more blooms this week. Rice crop coming on, but very little starting to head out. Soybeans still all over the board. The one thing most acres of beans have in common is dicamba damage. There must be a huge cloud of dicamba blanketing the Missouri Bootheel. That ticking time bomb finally exploded! The scope of the damage is on a massive scale and fingers are pointing in all directions from grower to grower. It will be interesting to see how all the complaints are handled.
- Pigweeds are still an issue, but most herbicide options are about to get exhausted and the next step is either live with them in the field or hire chopping crews.
- PPO resistance on pigweeds running rampant also. This will be a huge challenge for us all if Engenia registration gets held up through another growing season. Hopefully, it doesn't and we can use Engenia to strengthen a tankmix of Verdict and Sharpen were we face the PPO issues.
- Had 2 ozs Zidua + 12 ozs Outlook per acre go out on few hundred acres of soybeans OT. Looks great! But expensive!

**Customers (Grower, Consultant, Retail)**

- Growers are all concerned with the dicamba volatility issue that has taken over the area. There is a lot of mis-information out in the field. We really need to educate everyone on volatility for the Engenia launch. How long before you no longer at risk for volatility after an application? How far can it travel when 110 degree heat index? Yield effect on

MDL_BASF00995359

sensitive soybeans? How long will dicamba stay in leaf tissue?? Lots of questions to answer. The one good thing that could come is growers now know that the lesser formulations can act in mysterious ways.

- Had one consultant say he was told by a rep from a smaller soybean company that was dealing with some off target dicamba damage on some seed beans, that the dicamba would show up in the seed grown next season. The seed would emerge and then show dicamba symptomology. ???
- Another large consultant tells me that several of his growers have spent so much money on pigweed control that they would be cutting out a lot of their planned fungicide applications. That will if that holds true.
- Priaxor on target spot in cotton interest is still there and we hope to finalize those applications.
- Growers and consultants still have high marks for the Outlook applications on cotton. We have this set up to be a huge mover for next year if we can make the per acre cost competitive. These applications are wrapping up and mainly we are in cleanup mode with the retailers on inventory. Kim and I made a commitment with the retailers to get them to zero carryover of Outlook because they all fear of having inventory left and not being able to sell next year because of cost to grower. We have had great success at this.
- Having daily meetings with growers, consultants, and retailers on Plant Health and trying to drive home the message.
- Had great ride along with Rick Chamblee for couple days. Got to meet few growers and give him little perception as to what we are facing with the pigweed issues and production costs. Also, we got to see some of the off label applications that had been made. Growers had no problem spraying a grown up field with dicamba. At the time not many were trying to hide the applications, they had sprayed big pigweeds right up to the paved road that is traveled pretty regular. Some off target damage was showing up at time of Rick's visit, but nothing like it is now. I appreciate the time with Rick, we had some good discussions.

## Competition

- Syngenta fungicides going for dirt cheap in the market as we expected! This is being led by CPS & Helena is not far behind.
- Helena main focus is on Avaris with a proprietary nutritional CoRon product. Trying to push the propi pair up with Priaxor, but mainly only getting attention when we talk target spot in cotton.
- Lot of generic Quadris getting quoted cheap!
- Dupont trying to get the matched up Pioneer seed acre with Approach Prima.
- Bayer hoping for the Liberty Link acre with grower programs.

## Key Products

- PRIAXOR, PRIAXOR

## Best Practices

MDL_BASF00995360

- Going to focus on the consultant and grower on Plant Health.

**Calendar/Execution**

- July 5-6 – District meeting

**Pictures**

Below are three pictures of Outlook on soybeans & on cotton - -

This is picture of the 2 ozs Zidua + 12 ozs Outlook OT on soybeans



HIGHLY CONFIDENTIAL

The first picture is Outlook applied at 12 ozs per acre with the 2nd OT application plus Liberty. The second photo is 2 applications of Outlook at 12 ozs per acre applied 14 days apart. First application was tank mixed with Roundup and Acephate. The second application was tank mixed with Liberty and Roundup.





HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

MDL_BASF00995363