**EXHIBIT 8**

# Pesticides in the Atmosphere

## Distribution, Trends, and Governing Factor

Michael S. Majewski, U.S. Geological Survey, Sacramento, California
Paul D. Capel, U.S. Geological Survey, St. Paul, Minnesota

Volume One of the Series
Pesticides in the Hydrologic System

Robert J. Gilliom, Series Editor
U.S. Geological Survey
National Water Quality Assessment Program



**FIGURE 1.2.** Pesticide movement in the hydrologic cycle.

Pesticides in the Atmosphere