## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDY TIMMONS, INC., d/b/a LOST DRAW VINEYARDS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BAYER CROP SCIENCE, LP, et al., | ) ) |
| Defendants. | ) |

MDL No. 1:18-md-02820-SNLJ

Indiv. Case No. 1:21-cv-104-SNLJ

## **MEMORANDUM and ORDER**

Phone conference held today with counsel for all parties and the Court participating.  The briefing schedule for the pending motion to remand and motion to sever is as follows:  Response briefs are due August 31, 2021, and reply briefs are due September 17, 2021.  Proceedings in this matter are stayed in all other respects.

It is SO ORDERED this 4th day of August, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE